Raymond FELDMAN, Plaintiff-Appellant,

v.

BOSCO CREDIT LLC, a foreign entity, Defendant-Appellee.

No. 16-56470

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed October 26, 2017

Raymond Feldman, Pro Se

Homan Mobasser, Esquire, Attorney, Prober & Raphael, A Law Corporation, Woodland Hills, CA, for Defendant-Appellee

Before: McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Raymond Feldman appeals pro se from the district court's summary judgment in his diversity action seeking to set aside a state court judgment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Progressive Cas. Ins. Co. v. Owen*, 519 F.3d 1035, 1037 (9th Cir. 2008). We may affirm on any basis supported by the record. *Hell's Angels Motorcycle Corp. v. McKinley*, 360 F.3d 930, 933 (9th Cir. 2004). We affirm.

The district court lacked subject matter jurisdiction over Feldman's collateral attack on the state court judgment under the *Rooker-Feldman* doctrine because Feldman's action amounted to a forbidden "de facto appeal" of a prior, final state court judgment. *See Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003) ("It is a forbidden de facto appeal under *Rooker-Feldman* when the plaintiff in federal district court complains of a legal wrong allegedly committed by the state court, and seeks relief from the judgment of that court.").

We reject as without merit Feldman's contention that he was entitled to summary judgment in his favor based on the district court's granting of the parties' requests for judicial notice.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.